**Reginald WATSON, Appellant,**

v.

**MISSOURI DIVISION OF EMPLOY- MENT SECURITY, Appellee.**

No. 10–1023.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2010.

Filed: May 11, 2010.

Reginald Watson, St. Louis, MO, pro se.

Ninion S. Riley, Missouri Department of Labor, Jefferson City, MO, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Reginald Watson appeals the district court's[1] dismissal of his civil action in which he sought an order compelling the Missouri Division of Employment Security to pay him unemployment compensation. After careful de novo review, *see LeMay v. U.S. Postal Serv.,* 450 F.3d 797, 799 (8th Cir.2006), we conclude that dismissal was proper, *see Pennhurst State Sch. & Hosp. v. Halderman,* 465 U.S. 89, 100, 104 S.Ct. 900, 79 L.Ed.2d 67 (1984) (Eleventh Amendment bars suits against unconsenting states and their agencies in federal court). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.